## In re APPLIED MATERIALS ISRAEL LTD.

### No. 2009–1083.

United States Court of Appeals, Federal Circuit.

July 8, 2009.

Rehearing Denied Aug. 28, 2009.

---

Keith M. Tackett, Patterson & Sheridan, L.L.P., of Houston, TX, argued for appellant. Of counsel on the brief was B. Todd Patterson.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

MAYER, PROST, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.